AUGUSTUS M. POWERS, Appellant, *v.* FIREMAN'S FUND INSURANCE COMPANY et al., Respondents, Impleaded with Another.

Argued May 21, 1937; decided June 8, 1937.

*Henry Kroll* and *Joseph Danziger* for appellant.

*Simon Greenhill, Joseph Greenhill* and *Bernard J. Freedman* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.